# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nicolle Jones Parker,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>GEICO Casualty Company,<br><br>　　　　　Defendant(s). | 2:24-cv-02396-CDS-MDC<br><br>**ORDER DENYING STIPULATION** |

　　　**IT IS ORDERED** that the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 14) is **DENIED WITHOUT PREJUDICE.** The Court accepts the June 23, 2025, proposed discovery cut off. However, the parties' proposed expert rebuttal disclosure is also June 23, 2025. The parties may submit an amended stipulation with a June 23, 2025, close of discovery and correcting the rebuttal expert disclosure deadline. The Court will consider necessary extensions to discovery or pretrial deadlines upon showing of good cause.

　　　DATED this 11th day of February 2025.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge