McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLLE JONES PARKER, an individual,<br><br>Plaintiff<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br><br>Defendant | Case No. 2:24-cv-02396-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |

Plaintiff NICOLLE JONES PARKER ("Plaintiff"), by and through her attorneys of record, and Defendant GEICO CASUALTY COMPANY ("GEICO"), by and through its attorneys of record, hereby file this Stipulation and Order to Continue the Deadline to File the Joint Pretrial Order. The current deadline for submitting the joint pretrial order is August 22, 2025. The parties seek a ninety-day (90) extension to November 22, 2025.

The parties have good cause to seek an extension of the current deadline for submitting the joint pretrial order. Specifically, as indicated by the March 21, 2025 Notice of Bankruptcy (ECF No. 20), Plaintiff initiated a bankruptcy action. In the course of the bankruptcy proceedings, the U.S. Bankruptcy Trustee has authorized resolution of Plaintiff's suit against GEICO. Counsel have met and had subsequent, multiple communications regarding resolution; their most recent teleconference

Case No. 2:24-cv-02396-CDS-MDC

occurred today. Due to the complexities presented by the bankruptcy proceedings and the need for the U.S. Bankruptcy Trustee's approval of the settlement, the parties request an extension to avoid unnecessary litigation costs being incurred that would affect the debtor's (now the U.S. Trustee's) estate.

THEREFORE IT IS HEREBY STIPULATED AND AGREED between the parties to extend the deadline for filing the Joint Pretrial Order from August 22, 2025 to November 22, 2025 allowing for further settlement discussions with the U.S. Bankruptcy Trustee to continue.

DATED August 22, 2025.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ Cheryl A. Grames
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100

*Attorneys for GEICO Casualty Company*

DATED August 22, 2025.

LBC LAW GROUP

By:  /s/John Courtney
John C. Courtney
Nevada Bar No. 11092
Andrew P. Dunning
Nevada Bar No. 13864
723 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

**IT IS ORDERED.**

_____
U.S. DISTRICT JUDGE
Dated: August 26, 2025

032193-000463 11916307.1

2     Case No. 2:24-cv-02396-CDS-MDC