McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLLE JONES PARKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, an entity licensed to do business in Nevada; DOES I-X, and ROES XI-XX,<br><br>Defendants. | Case No. 2:24-cv-02396-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**First Request** |

Plaintiff NICOLLE JONES PARKER ("Plaintiff"), by and through her attorneys of record, and Defendant GEICO CASUALTY COMPANY ("GEICO"), by and through its attorneys of record, hereby file this Stipulation and Order to extend the deadline for GEICO to file its responsive pleading to the First Amended Complaint (ECF No. 27, filed on Aug. 27, 2025). The current deadline for filing the responsive pleading is Sep. 10, 2025. The parties seek a thirty-day (30) extension of that deadline to October 10, 2025.

The parties have good cause to seek an extension of the current deadline for responding to the First Amended Complaint. Specifically, as indicated by the March 21, 2025 Notice of Bankruptcy (ECF No. 20), Plaintiff initiated a bankruptcy action. In the course of the bankruptcy proceedings, the U.S. Bankruptcy Trustee has authorized resolution of Plaintiff's suit against

1  GEICO. Counsel have met and had subsequent, multiple communications regarding resolution; their
2  most recent teleconference occurred today. Due to the complexities presented by the bankruptcy
3  proceedings and the need for the U.S. Bankruptcy Trustee's approval of the settlement, the parties
4  sought and received an extension of that deadline to avoid unnecessary litigation costs being
5  incurred that would affect the debtor's (now the U.S. Trustee's) estate. (ECF Nos. 25 and 26).

6  Out of an abundance of caution, Plaintiff filed an amended complaint pursuant to the Court's
7  order granting GEICO's Motion to Dismiss the extra-contractual claims to preserve Mrs. Parker's
8  (and the Trustee's) rights. (*See* ECF No. 24, dated Aug. 12, 2025). The undersigned spoke again
9  yesterday about their progress in moving toward resolution, and the need for the Trustee's approval
10 of a tentative agreement. As such, the parties and their counsel submit that good cause exists for this
11 brief extension of the responsive pleading deadline.

12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

THEREFORE IT IS HEREBY STIPULATED AND AGREED between the parties to extend the deadline for GEICO to file its responsive pleading to the First Amended Complaint from Sep. 10, 2025 to October 10, 2025, thereby allowing for settlement discussions with the U.S. Bankruptcy Trustee to continue.

DATED August 28, 2025.

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By      /s/ Cheryl A. Grames
            Jonathan W. Carlson
            Nevada Bar No. 10536
            Cheryl A. Grames
            Nevada Bar No. 12752
            7160 Rafael Rivera Way, Suite 320
            Las Vegas, Nevada 89113
            Tel. (702) 949-1100
            *Attorneys for GEICO Casualty Company*

DATED August 28, 2025.

        LBC LAW GROUP

        By: /s/John C. Courtney
            John C. Courtney
            Nevada Bar No. 11092
            Andrew P. Dunning
            Nevada Bar No. 13864
            723 South 7th Street
            Las Vegas, Nevada 89101
            *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: August 29, 2025

032193-000463 11961424.1