McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLLE JONES PARKER, an individual, | Case No. 2:24-cv-02396-CDS-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| GEICO CASUALTY COMPANY, an entity licensed to do business in Nevada; DOES I-X, and ROES XI-XX, | **Third Request** |
| Defendants. | |

Plaintiff NICOLLE JONES PARKER ("Plaintiff"), by and through her attorneys of record, and Defendant GEICO CASUALTY COMPANY ("GEICO"), by and through its attorneys of record, hereby file this Stipulation and Order to extend the deadline for GEICO to file its responsive pleading to the First Amended Complaint (ECF No. 27, filed on Aug. 27, 2025). The current deadline for filing the responsive pleading is January 8, 2026. The parties seek a ninety-day (90) extension of that deadline to April 8, 2026.

The parties have good cause to seek an extension of the current deadline for responding to the First Amended Complaint. Specifically, as indicated by the March 21, 2025 Notice of Bankruptcy (ECF No. 20), Plaintiff initiated a bankruptcy action. In the course of the bankruptcy proceedings, the U.S. Bankruptcy Trustee authorized resolution of Plaintiff's suit against GEICO.

1  Following the previous request for an extension, the U.S. Bankruptcy Trustee awaits the outcome
2  of subrogation with Plaintiff's health insurer. Plaintiff's counsel has received additional information
3  regarding the Defense Health Agency's subrogation efforts and Plaintiff's bankruptcy proceedings
4  are moving forward toward resolution. Therefore, the parties seek another extension of the instant
5  deadline to avoid unnecessary litigation costs being incurred that would affect the debtor's (now the
6  U.S. Trustee's) estate. (ECF Nos. 25 and 26). As such, the parties and their counsel submit that good
7  cause exists for this extension of the responsive pleading deadline.
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2   Case No. 2:24-cv-02396-CDS-MDC
**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE
RESPONSE TO FIRST AMENDED COMPLAINT**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties to extend the deadline for GEICO to file its responsive pleading to the First Amended Complaint from January 8, 2026 to April 8, 2026, thereby allowing for sufficient time for the U.S. Bankruptcy Judge to consider and to approve the settlement.

DATED December 17, 2025.

        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

        By    /s/ Cheryl A. Grames
            Jonathan W. Carlson
            Nevada Bar No. 10536
            Cheryl A. Grames
            Nevada Bar No. 12752
            7160 Rafael Rivera Way, Suite 320
            Las Vegas, Nevada 89113
            Tel. (702) 949-1100
            *Attorneys for GEICO Casualty Company*

DATED December 17, 2025.

        LBC LAW GROUP

        By: */s/ John C. Courtney*
            John C. Courtney
            Nevada Bar No. 11092
            723 South 7th Street
            Las Vegas, Nevada 89101
            *Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2025

032193-000463 12298670.1